IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIAN LOCASCIO,

   Plaintiff,

    v.

BBDO ATLANTA, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-207-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 7] be denied. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is DENIED. The Defendant's Motion to Dismiss [Doc. 3] the original Complaint is DENIED as moot.

SO ORDERED, this 20 day of October, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge